IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **WILLIAM LEE ANDERSON, II,** ) | Civil Action No. 7:15-cv-00110 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **MARIANNE WOOLF,** ) | By: | Hon. Michael F. Urbanski |
| Defendant. ) | | United States District Judge |
| | | |
| **WILLIAM LEE ANDERSON, II,** ) | Civil Action No. 7:15-cv-00111 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **C. RANDALL LOWE,** ) | By: | Hon. Michael F. Urbanski |
| Defendant. ) | | United States District Judge |
| | | |
| **WILLIAM LEE ANDERSON, II,** ) | Civil Action No. 7:15-cv-00112 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **GEORGE CHIP BARKER,** ) | By: | Hon. Michael F. Urbanski |
| Defendant. ) | | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that these actions are **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and are **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered: May 8, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge